UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH WALKER,

    Plaintiff,

Case No. 17-cv-13704
Hon. Matthew F. Leitman

v.

UNITED STATES STEEL CORPORATION,

    Defendant.

_____/

# **ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF #11) AND (2) GRANTING DEFENDANT'S MOTION TO DISMISS (ECF #5)**

In this action, Plaintiff Joseph Walker alleges that Defendant United States Steel Corporation ("U.S. Steel") is liable for a work injury that Walker suffered on U.S. Steel's property. (*See* Compl., ECF #1.) On December 12, 2017, U.S. Steel moved to dismiss Walker's Complaint. (*See* Mot. to Dismiss, ECF #5.) After full briefing, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant U.S. Steel's motion on the basis that the applicable statute of limitations for Walker's claims had expired (the "R&R"). (*See* ECF #11.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 131-32.)

1

Walker has not filed any objections to the R&R. The failure to file objections releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to object to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Walker has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Walker's motion (ECF #11) is **ADOPTED**.

**IT IS FURTHER ORDERED** that U.S. Steel's motion to dismiss (ECF #5) is **GRANTED**, and Walker's Complaint (ECF #1) is **DISMISSED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764